UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA



MAR 1 0 2005

CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

| | | |
|---|---|---|
| MICHAEL EDWARD JORDAN | ) | CV F-00-5728 DLB P |
| Plaintiff, | ) | |
| | ) | NOTE FROM THE JURY |
| vs. | ) | |
| DR. SMITH, MD, et al. | ) | |
| Defendant. | ) | |

TIME: _____

_____    THE JURY HAS THE FOLLOWING QUESTION:

_____    THE JURY HAS REACHED A UNANIMOUS VERDICT.

DATED: _____        _____

                                           FOREPERSON