

FILED

MAR 1 0 2005

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL EDWARD JORDAN,                    CASE NO. CV-F-00-5728 DLB P

                Plaintiff,                    JURY VERDICT FORM

      vs.

DR. SMITH, M.D. et al.,

                Defendants.
_____/