# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MICHAEL E JORDAN,**

CASE NO: **1:00−CV−05728−DLB**

v.

**− SMITH, ET AL.,**

**XX** −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 3/17/05**

**Jack L. Wagner**
Clerk of the Court

ENTERED:     **March 17, 2005**

by: /s/ − S. Robles
Deputy Clerk